UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNIL WALIA

      Plaintiff,          **ORDER**
                        CV-04-1057 (SLT) (JMA)
 -against-

TOM RIDGE, SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

      Defendant.
------------------------------------------------------------X

APPEARANCES:

 Louis Stober, Jr., Esq.
 350 Old Country Road
 Suite 205
 Garden City, New York 11530
 *Attorney for Plaintiff*

 Christopher J. Christie
 United States Attorney
 District of New Jersey
 970 Broad Street
 Newark, New Jersey 07102
   *By: Susan Handler-Manhem*
    *Assistant United States Attorney*

**AZRACK, United States Magistrate Judge:**

On March 12, 2004, plaintiff Sunil Walia commenced the instant action against defendant Tom Ridge, Secretary of the Department of Homeland Security, for alleged violations of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq. After numerous conferences, the parties negotiated a settlement in the above captioned matter on December 15, 2005. At that time, the only matter left unresolved was plaintiff's request for attorney's fees and costs. During a conference held on February 6, 2006, the parties agreed that defendant would compensate

plaintiff for attorney's fees and costs in the sum of $85,000.

SO ORDERED.

Dated: February 21, 2006
       Brooklyn, New York

                                        _____/s/_____
                                        JOAN M. AZRACK
                                        UNITED STATES MAGISTRATE JUDGE